## Welsh Unemployment Compensation Case.

Argued December 14, 1965. *Lucille C. Welsh,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessan-*

*droni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.